## ANDREWS *v.* MEIKEL ET AL.

From the Marion Superior Court.

*P. W. Bartholomew*, for appellant.

*C. W. Smith* and *R. O. Hawkins*, for appellees.

WORDEN, J.—This was an action by the appellees, against the appellant, to recover for services rendered by the plaintiffs, as real estate brokers, for the defendant, at his instance and request, in the business of the sale and exchange of certain real estate.

Trial by jury, verdict and judgment for the plaintiffs, and judgment affirmed at general term.

There is no question presented by the record, save that as to the sufficiency of the evidence to sustain the verdict.

Having examined the evidence, we find, to say the least of it, that it tends to sustain the verdict.

The judgment below is affirmed, with costs.

---

## GARVER *v.* MURPHY ET AL.

From the Hamilton Circuit Court.

*W. Garver*, for appellant.

*A. F. Shirts, G. Shirts* and *W. R. Fertig*, for appellees.

BIDDLE, J.—Suit commenced before a justice of the peace, on a promissory note made by the appellant to Leonard Wild, and endorsed by Wild to the appellees. Judgment for the appellees before the justice. Appeal to the circuit court by the appellant ; trial by the court ; finding for the appellees; motion for a new trial overruled; exceptions; judgment ; appeal to this court.

No question arises upon the pleadings. The appellant offered no evidence in his defence, against the note.

The judgment is affirmed, at the costs of the appellant.